IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM BEVERLY HODGES ) | | |
|     Plaintiff, ) | Civil Action No. 7:17-cv-00429 | |
| ) | | |
| v. ) | | |
| ) | By: Elizabeth K. Dillon | |
| DAN SMITH, *et al.*, ) | United States District Judge | |
|     Defendants. ) | | |

**MEMORANDUM OPINION**

Plaintiff William Beverly Hodges, a Virginia inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. By order entered December 18, 2017, the court ordered Hodges to show cause within fourteen days why this case should not be dismissed as duplicative of Civil Action No. 7:17cv00396. The court advised Hodges that failure to respond would result in dismissal of this action without prejudice. Hodges did not respond to the court's order.[1] Inasmuch as the time to respond has passed, the court dismisses Hodges complaint without prejudice. The court notes that Hodges separate action, Civil Action No. 7:17cv00396, remains pending before the court.

An appropriate order will be entered.

Entered: March 5, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

---

[1] The court notes that the day after its order, Hodges submitted an inmate request form with attachments that he had apparently submitted to the Patrick County Jail in September, 2017. However, it is clear that he had not yet received the court's order when he submitted these documents to the court, and, in any event, the documents are not responsive to the court's order to show cause.