IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM BEVERLY HODGES | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17-cv-00429 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| DAN SMITH, *et al.*, | ) |     United States District Judge |
|     Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Hodges' complaint is DISMISSED without prejudice and the Clerk shall TERMINATE this action from the active docket of the court. The court notes that its dismissal of Hodges' complaint is without prejudice to his opportunity to refile his claims, if he believes them to be different from those raised in Civil Action No. 7:17cv00396, in a separate civil action subject to the applicable limitations period.

The Clerk is directed to provide a copy of this order and the memorandum opinion to Hodges.

Entered: March 5, 2018.

/s/ *Elizabeth K. Dillon*
    Elizabeth K. Dillon
    United States District Judge